IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN ALLEN MUHAMMAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )  Case No.: 1:07cv1022 |
| v. | ) |
| | ) |
| LORETTA K. KELLY, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

This matter is before the Court upon consideration of Petitioner's Motions to Rescind or Amend the Filing Deadline and Page Limit (Dkt. nos. 15, 16) of this Court's October 26, 2007 Order, Warden's Response in Opposition to Petitioner's Motions to Rescind or Amend the Filing Deadline and Page Limits (Dkt. nos. 19, 20), Petitioner's Replies in Response to Warden's Opposition (Dkt. nos. 21, 22), Petitioner's Supplemental Exhibit in Support of Motion to Rescind or Amend Page Limit (Dkt. no. 23), and Warden's Response to Supplemental Exhibit (Dkt. no. 24). For the reasons stated from the bench, for just cause, and upon consideration of all briefings and testimony of the Petitioner's expert witness, the Court hereby AMENDS its prior order of October 26, 2007 (Dkt. no. 9) as follows: It is hereby

ORDERED the Petitioner has ninety (90) days from the entry of the previous order on October 26, 2007, to file a federal habeas petition. Further, it is

ORDERED that the federal habeas petition and any response filed in this matter be limited to eighty (80) pages in length, exclusive of attachments, unless otherwise granted by leave of Court. Further, it is

  ORDERED that a status conference will be held on January 18, 2008 at 10:00 a.m. to discuss progress in regard to this matter. Any relevant briefing by Petitioner regarding the status conference shall be filed by Friday, January 11, 2008 at 5:00 p.m. Any response to such briefing will be filed by Wednesday, January 16, 2008 at 5:00 p.m.

  ENTERED this 20th day of November 2007.

                       /s/
                   Liam O'Grady
                   United States District Judge

Alexandria, Virginia